IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | CRIMINAL FILE NO. 1:16-CR-274-TWT |
| BOLAJI OWOLABI, | |
| Defendant. | |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 103] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 88]. As set forth in the Report and Recommendation, the Defendant's claims of ineffective assistance of counsel are affirmatively refuted by the Defendant's statements under oath at the plea hearing. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 88] is DENIED.

SO ORDERED, this 13 day of December, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge